IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN WILLIAM MUNSON,**

    **Plaintiff,**

vs.                                                                        **Case No. 4:16cv642-RH/CAS**

**CHARLES O. HOLLIDAY, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, submitted a civil rights complaint pursuant to 42 U.S.C. § 1983, ECF No. 1, and an in forma pauperis motion, ECF No. 2, on October 13, 2016. Plaintiff's in forma pauperis motion was inconsistent, incomplete, and vague. For example, Plaintiff listed a residence which appeared to be in Monticello, although Plaintiff's handwriting is not entirely legible. Plaintiff then stated he did not own, rent, or live with family or friends there. ECF No. 2 at 2. If that is true, it could hardly be called Plaintiff's "residence." Underneath that information, Plaintiff provided a mailing address in Tallahassee. *Id.* Plaintiff did not

provide information about his most recent employer, nor did Plaintiff answer most of the questions on the form. *Id.* at 3-4.

An Order was entered in mid-November 2016, ECF No. 4, noting those inconsistencies. Moreover, it was noted that Plaintiff's answers on the in forma pauperis application were different than the answers he provided in three other recent cases. ECF No. 4 (citing to inconsistent answers in case number 4:16-cv-682-RH/CAS, case number 4:16-cv-683-MW/CAS, and case number 4:16cv563-RH/CAS). Thus, ruling on Plaintiff's in forma pauperis motion was deferred and Plaintiff was required to explain why the answers submitted in September were so different from answers provided in October. ECF No. 4. Plaintiff was also required to submit an amended complaint. *Id.* His deadline to comply with that Order was December 15, 2016, and as of this date, nothing has been filed.

Plaintiff was warned that if he failed to comply with the Order, his case may be dismissed. *Id.* Accordingly, this case should now be dismissed for failure to comply with a Court Order and failure to prosecute pursuant to Rule 41.

## RECOMMENDATION

It is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) because Plaintiff did not comply with a Court Order, and all pending motions should be summarily **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on December 20, 2016.

 S/   Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**